**Danuta Imiolek FILUS, Administratrix, as Administratrix of the Estates of Kazimierz Jan Filus and Joanna Marianna Filus, Deceased, Plaintiffs–Appellants,**

v.

**LOT POLISH AIRLINES, a/k/a Polskie Linie Lotnicze, Defendant,**

**Union of Soviet Socialist Republics, by its Ministry of Civil Aviation; Ilyushin Design Bureau; Soloviev Design Bureau, Defendants–Appellees.**

**No. 154, Docket 96–9563.**

United States Court of Appeals, Second Circuit.

Argued Dec. 3, 1997.

Decided Dec. 26, 1997.

Brian J. Alexander, Kreindler & Kreindler, New York City (Steven R. Pounian and Milton G. Sincoff, of counsel), for Plaintiffs–Appellants.

Before: WINTER, Chief Judge, and NEWMAN and WALLACE,* Circuit Judges.

PER CURIAM:

Danuta Imiolek Filus, as administratrix of the estates of Kazimierz Jan and Joanna Marianna Filus, appeals from Judge Nickerson's order dismissing her complaint against the Union of Soviet Socialist Republics on the ground that the court lacked subject matter jurisdiction. We affirm for substantially the reasons stated in Judge Nickerson's opinion, *Filus v. LOT Polish Airlines*, 939 F.Supp. 199 (E.D.N.Y.1996).